# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140130(41)(42)

ESTILL GERALD CAUDILL,
      Plaintiff-Appellee,

v

                                 SC: 140130
                                 COA: 294951
STATE FARM MUTUAL AUTOMOBILE     Oakland CC: 2008-094413-NF
INSURANCE COMPANY,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's March 5, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for stay is DENIED.

      CORRIGAN and MARKMAN, JJ., would grant reconsideration and, on reconsideration, would remand this case to the Court of Appeals for consideration as on leave granted for the reasons set forth in Justice Corrigan's dissenting statement in this case, 485 Mich 1103, 1105 (2010).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2010

_____
Clerk

d0330